IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

BRETT KELLY,
    Plaintiff,

v.                                                  Civil No. 3:20cv186 (DJN)

LT. COL. KEVIN HUDSON, *et al.*,
    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on April 7, 2020, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed of his current address or if he was released. By Memorandum Order entered on May 15, 2020, the Court directed Plaintiff to submit an initial partial filing fee of $50.60 within eleven (11) days of the date of entry thereof. (ECF No. 7.) On May 27, 2020, the United States Postal Service returned the May 15, 2020 Memorandum Order to the Court marked, "NOT HERE" and RETURN TO SENDER," because Plaintiff apparently relocated. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                        /s/
                                            David J. Novak
                                            United States District Judge

Date: June 9, 2020
Richmond, Virginia